# MISCELLANEOUS SUPREME COURT DISPOSITIONS

## CERTIFIED QUESTIONS, CERTIFIED APPEALS, MANDAMUS PROCEEDINGS, AND OTHER MATTERS

### June 20, 2013

Longo, Christian M. v. Premo (S061072). Alternative writ of mandamus issued.
Van Brumwell, Jason v. Premo (S060980). Alternative writ of mandamus issued.